Jenna Dakroub, CA # 350170
**CONSUMER ATTORNEYS PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorney for Plaintiff*
*Ryan Garry*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Ryan Garry,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Sterling Infosystems, Inc.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01161-MCE-JDP<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT STERLING INFOSYSTEMS, INC.** |

　　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Sterling Infosystems, Inc., and good cause appearing,

　　　　**IT IS ORDERED** that the Stipulation is **GRANTED**.

　　　　The above-entitled matter is hereby dismissed with prejudice as to Defendant Sterling Infosystems, Inc.  The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:  June 3, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1